Robin Perkins, Esq.
Nevada Bar No. 9891
Kiah D. Beverly-Graham, Esq.
Nevada Bar No. 11916
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada  89501
Telephone:  775-785-5440
Facsimile:  775-785-5441
Email: rperkins@swlaw.com
        kbeverly@swlaw.com

*Attorneys for Defendant US Bank National Association,
as Trustee for Credit Suisse First Boston Mortgage
Securities Corp., Home Equity Asset Trust 2003-5,
Home Equity Pass-Through Certificates, Series 2003-5*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JERRY GUTZMER, an individual, | Case No.: 2:18-cv-00715-APG-CWH |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT TO MAY 18, 2018** |
| vs. | |
| US BANK NATIONAL ASSOCIATION, as Trustee for CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., HOME EQUITY ASSET TRUST 2003-5, HOME EQUITY PASS-THROUGH CERTIFICATES, SERIES 2003-5; JANICE GREEN, an Individual; NEIL KANTOR, an individual; and DOE Individuals I-X; and ROE CORPORATIONS I-X, Inclusive, | **(FIRST REQUEST)** |
| Defendants. | |

Pursuant to Local Rule 7-1 , Plaintiff Jerry Gutzmer ("Plaintiff") and Defendant US Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2003-5, Home Equity Pass Through Certificates, Series 2003-5 (the "Trustee" and together with Plaintiff the "Parties"), by and through their respective undersigned counsel of record, submit this Stipulation and Proposed Order.

4827-9305-1235

Snell & Wilmer

L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775/785-5440

1    Plaintiff filed a Complaint (the "Complaint") in District Court, Clark County, Nevada,

2    Case No. A-18-771120-C, on March 14, 2018;

3    The Trustee was served with the Complaint on March 22, 2018;

4    The Trustee timely filed a Petition of Removal [ECF No. 1] in U.S. District Court, District

5    of Nevada on April 19, 2018;

6    The Trustee filed a Notice of Removed Action in the District Court, Clark County,

7    Nevada, Case No. A-18-771120-C, on April 19, 2018;

8    No other defendant has been served;

9    No other defendant has answered or otherwise appeared; and

10    This is the Parties' first request for an extension of time to respond to the Complaint and is

11    not intended to cause any delay or prejudice to any party. The reason for the extension is to give

12    the Trustee time to evaluate and respond to the allegations set forth in the Complaint.

13    ///

14    ///

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

4827-9305-1235

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the time for the Trustee to respond to the Complaint in this action is extended to and through May 18, 2018.

Dated: April 24, 2018.

Dated: April 24, 2018.

**AYON LAW, PLLC**

**SNELL & WILMER L.L.P.**

By: */s/ Allison Schmidt*
   Luis Ayon, Esq.
   Allison Schmidt, Esq.
   9205 W. Russell Rd., Bldg. 3, Suite 240
   Las Vegas, NV 89148
   *Attorneys for Plaintiff*
   *Jerry Gutzmer*

By: */s/ Kiah D. Beverly-Graham*
   Robin Perkins, Esq.
   Kiah D. Beverly-Graham, Esq.
   50 West Liberty Street, Suite 510
   Reno, Nevada 89501
   *Attorneys for Defendant U.S. Bank*
   *National Association, as Trustee for Credit*
   *Suisse First Boston Mortgage Securities*
   *Corp., Home Equity Asset Trust 2003-5,*
   *Home Equity Pass Through Certificates,*
   *Series 2003-5*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 25, 2018
               _____

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775.785.5440

4827-9305-1235

- 3 -

Snell & Wilmer

L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775/785-5440

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action.  On April 24, 2018, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT TO MAY 18, 2018 (FIRST REQUEST)** by the method indicated:

☐     **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a).  A printed transmission record is attached to the file copy of this document(s).

☐     **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☐     **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐     **BY PERSONAL DELIVERY:** by causing personal delivery by _____, a messenger service with which this firm maintains an account, of the document(s) listed above to the person(s) at the address(es) set forth below.

☒     **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

DATED this 24th day of April, 2018.

*/s/ Maricris Williams*
An employee of Snell & Wilmer L.L.P.

4827-9305-1235