LUIS A. AYON, ESQ.
NEVADA BAR NO. 9752
ALLISON R. SCHMIDT, ESQ.
NEVADA BAR NO. 10743
**AYON LAW, PLLC**
8716 Spanish Ridge Ave., Suite 115
Las Vegas, Nevada 89148
Telephone: (702) 600-3200
Facsimile: (702) 447-7936
E-Mail: laa@ayonlaw.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JERRY GUTZMER, an individual,<br><br>　　　　　Plaintiff,<br>vs.<br><br>US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., HOME EQUITY ASSET TRUST 2003-5, HOME EQUITY PASS-THROUGH CERTIFICATES, SERIES 2003-5; JANICE GREEN, an Individual, NEIL KANTOR, an Individual, and DOE Individuals I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:18-cv-00715-APG-CWH<br><br>**NOTICE OF DISCLAIMER OF INTEREST AND STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT NEIL KANTOR** |

　　　　It his hereby stipulated and agreed by and between Plaintiff Jerry Gutzmer and Defendant Neil Kantor, by and through their undersigned counsel of record that Neil Kantor hereby disclaims any right title or interest in the real property located at 350 E. Desert Inn Rd., #D104, Las Vegas, NV 89109, APN #162-09-810-039. Further, defendant Neil Kantor waives any and all further notices and process required by this suit.

. . .

. . .

. . .

. . .

Further, the parties agree that Defendant Neil Kantor shall be dismissed from this suit pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with each party to bear its own fees and costs.

DATED this __2nd__ day of July, 2018.

| AYON LAW, PLLC | THE LAW OFFICES OF STERLING P. KERR, PC |
|---|---|
| /s/ Allison R. Schmidt | /s/ Austin J. Kalmes |
| Allison R. Schmidt, Esq. | Austin J. Kalmes, Esq. |
| Nevada Bar No. 10743 | Nevada Bar No. 14384 |
| AYON LAW, PLLC | 2459 St. Rose Pkwy, suite 120 |
| 8716 Spanish Ridge Ave., Suite 115 | Henderson, NV 89074 |
| Las Vegas, Nevada 89148 | *Attorney for Defendants Neil Kantor & Janice Green* |
| *Attorney for Plaintiff, Jerry Gutzmer* | |

**ORDER**

IT IS SO ORDERED.

Dated: July 2, 2018.

_____
U.S. DISTRICT COURT JUDGE