Robin Perkins, Esq.
Nevada Bar No. 9891
Kiah D. Beverly-Graham, Esq.
Nevada Bar No. 11916
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: rperkins@swlaw.com
       kbeverly@swlaw.com

*Attorneys for Defendant U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2003-5, Home Equity Pass-Through Certificates, Series 2003-5*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JERRY GUTZMER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, as Trustee for CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., HOME EQUITY ASSET TRUST 2003-5, HOME EQUITY PASS-THROUGH CERTIFICATES, SERIES 2003-5; JANICE GREEN, an Individual; NEIL KANTOR, an individual; and DOE Individuals I-X; and ROE CORPORATIONS I-X, Inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00715-APG-CWH<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| U.S. BANK NATIONAL ASSOCIATION, as Trustee for CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., HOME EQUITY ASSET TRUST 2003-5, HOME EQUITY PASS-THROUGH CERTIFICATES, SERIES 2003-5,<br><br>Counter Claimant,<br><br>vs. | |

4828-4083-7509

| | |
|---|---|
| 1 | JERRY GUTZMER, an individual, |
| 2 | COUNTRY CLUB SHADOWS HOMEOWNERS ASSOCIATION, and |
| 3 | NEVADA ASSOCIATION SERVICES, INC. |

Counter-Defendants.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff/Counter-defendant Jerry Gutzmer ("Plaintiff"); Defendant/Counterclaimant U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp. Home Equity Asset Trust 2003-5, Home Equity Pass-Through Certificates, Series 2003-5 ("U.S. Bank"); and Counter-defendant Country Club Shadows Homeowners Association, stipulate as follows:

1. The claims and causes of action asserted by Plaintiff against U.S. Bank shall be dismissed with prejudice.

2. The counter-claims and causes of action asserted by U.S. Bank against Plaintiff shall be dismissed with prejudice.

3. This action shall be discontinued solely as between Plaintiff and U.S. Bank.

4. The parties shall bear their own attorneys' fees and costs.

Dated: February 21, 2019

SNELL & WILMER L.L.P.

By: /s/ Kiah Beverly-Graham
Kiah Beverly-Graham, Esq. NV Bar 11916
50 West Liberty Street, Suite 510
Reno, Nevada 89501
*Attorneys for Defendant/Counter-Claimant U.S. Bank, N.A.*

AYON LAW, PLLC

By: _____
Allison R. Schmidt, Esq. NV Bar 10743
8716 Spanish Ridge Avenue, Suite 115
Las Vegas, Nevada 89148
*Attorneys for Plaintiff Jerry Gutzmer*

ROBBINS LAW FIRM

By: /s/ Elizabeth B. Lowell (with permission)
Elizabeth B. Lowell, Esq. NV Bar 8551
1995 Village Center Circle, Suite 190
Las Vegas, Nevada 89134
*Attorneys for Defendant Country Club Shadows Homeowners Association*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: February 21, 2019.

- 2 -

4828-4083-7509